UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK,
by ERIC T. SCHNEIDERMAN, Attorney General
of the State of New York,

          Plaintiff,

- against -

EVANS BANCORP, INC. and
EVANS BANK, N.A.,

                Defendants.

Civ. A. No. 1:14-cv-00726-RJA-HKS

## JOINT STIPULATION OF DISMISSAL
## PURSUANT TO SETTLEMENT AGREEMENT

WHEREAS, Plaintiff, the People of the State of New York, by Eric T. Schneiderman,

Attorney General of the State of New York, commenced this action against Defendants, Evans

Bancorp, Inc. and Evans Bank, N.A., on September 2, 2014 (Dkt. 1); and

WHEREAS, the parties, through their undersigned counsel, have engaged in

extensive settlement discussions, including mediation in accordance with the Case

Management Order; and

WHEREAS, on September 10, 2015, the parties entered into a Settlement Agreement,

attached hereto, fully resolving Plaintiff's action;

IT IS HEREBY STIPULATED AND AGREED that the parties, having resolved

Plaintiff's action, jointly agree to dismiss this case with prejudice pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), and in accordance with paragraph 10 of the attached Settlement Agreement;

IT IS HEREBY FURTHER STIPULATED AND AGREED that each party shall bear

its own costs and attorneys' fees, except as provided in paragraphs 5 and 13 of the attached

Settlement Agreement.


Dated:  September 10, 2015
New York, New York


ERIC T. SCHNEIDERMAN                          EVANS BANCORP, INC.
Attorney General of the State of New York      EVANS BANK, N.A.

By:                                            By:


 /s/ Mayur Saxena                               /s/ Dennis Vacco
Mayur Saxena                                   Dennis Vacco, Esq.
  Assistant Attorney General                     DVacco@lippes.com
  Mayur.Saxena@ag.ny.gov
                                               Kevin Burke, Esq.
Kristen Clarke                                   KBurke@lippes.com
  Bureau Chief
  Kristen.Clarke@ag.ny.gov                     Stacey Moar, Esq.
                                                 SMoar@lippes.com
Jessica Attie
  Special Counsel                              665 Main Street, Suite 300
  Jessica.Attie@ag.ny.gov                      Buffalo, New York 14203-1425
                                               (716) 853-5100
120 Broadway, 23rd Floor
New York, New York 10271                       Counsel for Defendants
(212) 416-8250                                 Evans Bancorp, Inc. and Evans Bank, N.A.